Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

FEB 27 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

MICHAEL SHAWN BROWN
*Your full name*

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

Civil Action No.: 3-23cv52
*(To be assigned by the Clerk of Court)*
Groh/Trumble/Sims

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your full name: michael shawn Brown  Inmate No.: 55524-056
         Address: Federal correctional Institution - Gilmer,
         P.O. Box 6000, Glenville WV 26351

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: Federal Correctional Institution - Gilmer

   A.    Is this where the events concerning your complaint took place? "and at
               ☑ Yes       ☑ No
                                                    FcI-Williamsburg
                                          Po Box 340, salters sc 29590

Attachment A

*michael shawn Brown*

If you answered "NO," where did the events occur? *N A*

—
—
—

IV.  PREVIOUS LAWSUITS

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): _____ *N/A* _____
Defendant(s): _____ *N/A* _____
_____ *N/A* _____

2.  Court: _____ *N/A* _____
*(If federal court, name the district; if state court, name the county)*

3.  Case  Number: _____ *N/A* _____

4.  Basic Claim Made/Issues Raised: ____ *N/A* ____
_____ *N/A* _____
_____ *N/A* _____
_____ *N/A* _____

5.  Name of Judge(s) to whom case was assigned: ____ *N/A* ____
_____ *N/A* _____

6.  Disposition: _____ *N/A* _____
*(For example, was the case dismissed?  Appealed?  Pending?)*

7.  Approximate date of filing lawsuit: ____ *N/A* ____

Attachment A

*michael shawn Brown*

8.    Approximate date of disposition. Attach copies:___*N/A*___

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B? *N/A*
      ☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. ____*N/A*____
      ____*N/A*____
      ____*N/A*____
      ____*N/A*____

E.    Did you exhaust **ALL** available administrative remedies? *N/A*
      ☐ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. ____*N/A*____
      ____*N/A*____
      ____*N/A*____
      ____*N/A*____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.    Parties to previous lawsuit:  *N/A*

            Plaintiff(s): ____*N/A*____

            Defendant(s): ____*N/A*____

Attachment A

*michael shawn Brown*

2.    Name and location of court and case number: _____*N/A*_____

_____*N/A*_____

_____*N/A*_____

3.    Grounds for dismissal:    ☐ frivolous        ☐ malicious    *N/A*
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____*N/A*_____

5.    Approximate date of disposition: _____*N/A*_____

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
      ☑ Yes        ☐ No

B.    If your answer is "YES," answer the questions below:

*see it*
*Appendix ①*

1.    Identify the type of written claim you filed: *SF-95* *Intentional Tort of Infliction of Emotional Distress and Negligence.*

2.    Date your claim was filed: _____*June 1, 2022*_____

*see Appendix ①*

3.    Amount of monetary damages you requested in your claim:
      *$20,000,000.00 (Twenty million Dollars)*

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

      I.    Date of the written acknowledgment: *No response or denial*
      ii.   Claim Number assigned to your claim: *No response or denial*

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    ☑ Yes        ☐ No

Attachment A

*michael shawn Brown*

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim: USDOJ, u.s. Attorney General, 950 Pennsylvania AVE N.W, Washington, DC, 20530. USDOJ-FBOP, 320 First Street N.W, Washington DC, 20534, USDOJ-FBOP mid Atlantic Regional office, 302 Sentinel Drive, suite #200, Annapolis Junction MD 20701.

*see Appendix ③*

2.    Identify the type of written claim(s) you filed: Intentional Tort of Infliction of Emotional Distress and Negligence

*see Appendix ① through ⑬*

3.    Date your claim(s) were filed: __June 1, 2022__

4.    Amount of monetary damages you requested in your claim(s): $ 20,000,000.00 (Twenty million Dollars)

*see Appendix ①*

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

    I.    Date of the written Acknowledgment: *No response or denial*

    ii.    Claim Number assigned to your claim: *No response or denial*

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
        ☐ Yes        ☑ No

1.    If you answered "YES," state the:

    I.    Date you requested reconsideration: *N/A*

    ii.    Date the agency acknowledged receipt of your request for reconsideration: *N/A*

---

*United States District Court*          *11*          *Northern District of West Virginia-2013*

Attachment A

VI.    STATEMENT OF CLAIM    michael shawn Brown

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)*

CLAIM 1: <u>INTENTIONAL TORT OF INFLICTION OF Emotional DISTRESS AND NEGLIGENCE</u>
<u>See continuous pages 1 through 9;</u>

Supporting Facts: ( i ) Here, michael shawn Brown, suffers from the following medical conditions: Hypertension, diabetes, morbid obesity with a BMI-of 42, Asthma, chronic and severe sleep Apnea requiring the use of CPAP machine, hypothyroidism —
SEE continuous Pages 1
Identify each federal employee whose actions form a basis for this claim, and state through 9
the name of the federal agency that employs each such individual:
USDOJ-FBOP-FCI-williamsburg- Borck, T. RN; Dr. Hoey clinical Director, Warden Dobbs, and ms. Brown, Assistant Health Services Administrator, and USDOJ-FBOP- FCI-Gilmer- ms. AYo, NP, mrs Wilson, PA, and mr mcCoy DO, clinical director

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," please explain: "All" those named above were employees of the united states Department of Justice - Federal Bureau of Prisons and acting pursuant to that status when injuring michael shawn Brown.
CLAIM 2: _____ N/A
_____ N/A
_____ N/A

**Attachment A**

michael Shawn Brown

Supporting Facts: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ N/A _____
_____ N/A _____
_____ N/A _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No     N/A

If your answer is "YES," please explain: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

CLAIM 3: _____ N/A _____
_____ N/A _____
_____ N/A _____

Supporting Facts: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ N/A _____
_____ N/A _____
_____ N/A _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No     N/A

Attachment A

michael shawn Brown

If your answer is "YES," please explain: _____ N/A_____

_____ N/A_____

_____ N/A_____

_____ N/A_____

CLAIM 4: _____ N/A_____

_____ N/A_____

_____ N/A_____

Supporting Facts: _____ N/A_____

_____ N/A_____

_____ N/A_____

_____ N/A_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____ N/A_____

_____ N/A_____

_____ N/A_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No      N/A

If your answer is "YES," please explain: _____ N/A_____

_____ N/A_____

_____ N/A_____

_____ N/A_____

_____ N/A_____

CLAIM 5: _____ N/A_____

_____ N/A_____

_____ N/A_____

Supporting Facts: _____ N/A_____

_____ N/A_____

_____ N/A_____

Attachment A

michael shawn Brown

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

N/A

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No    N/A

If your answer is "YES," please explain: N/A

N/A

N/A

N/A

N/A

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. From 2/24/21, to present and still counting, I, michael shawn Brown continue to suffer as follows from Severe sleep Apnea Hypopnea (untreated); Insomnia; heartburn; nocturia, morning headaches, dry mouth; erectile dysfunction, reduced libido, difficulty breathing; Hypertension - High blood pressure prescription increased multiple times; see continuous page 9

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* Demand of Trial by Jury, compensatory damages in the amount of $20,000,000.00, (Twenty million Dollars) To be awarded to MICHAEL SHAWN BROWN; Appointment of Counsel.

Attachment A

michael shawn Brown

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCI-Gilmer, Po Box 6000, Glenville WV 26351_ on _February 16, 2023_.
                 (Location)                                        (Date)

Your Signature